**23-3855**
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**\*\*\*ELECTRONICALLY FILED\*\*\***

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

KENNETH EVANS,
*Defendant-Appellant*.

---

**MOTION TO WAIVE ORAL ARGUMENT**

---

Appellant Kenneth Evans, through counsel, hereby withdraws his request for oral argument and respectfully moves this Honorable Court to decide the matter on the briefs. Mr. Evans filed his principal brief in April 2024 and requested oral argument. His case was held in abeyance pursuant to this Court's order dated August 22, 2024, pending the Court's *en banc* decision in *United States v. Tyren Cervenak*. The *Cervenak* opinion was rendered in April of this year. *Cervenak*, 135 F.4th 311 (6th Cir. 2025). *Cervenak* did not directly resolve the issue presently before the court.

However, earlier this month, this Court decided two different cases addressing the very same argument raised by Mr. Evans. *United States v. Mandela*, No. 24-3718, 2025 U.S. App. LEXIS 19439 (6th Cir. Aug. 1, 2025); *United States v.*

*Coleman*, No. 23-3924, 2025 U.S. App. LEXIS 21234 (Aug. 18, 2025). In light of these recent opinions, undersigned counsel believes oral argument is unnecessary and would not aid the court in reaching a decision in this case.

Respectfully submitted,

***/s/ Edward L. Metzger III***
Edward L. Metzger III (KBA#94138)
OMEGA LAW PLLC
P.O. Box 559
Union, KY 41091
859.898.2140
Lee@nkylaw.net
*Counsel for Defendant-Appellant,*
*Kenneth Evans*

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served on **8/26/2025** by filing the same via the CM/ECF system.

DATED: 8/26/2025                    ***/s/ Edward L. Metzger III***
                                                          Edward L. Metzger III